# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

JAMES M. HEIT, D.D.S.,              )
                                    )
    Plaintiff,              )  Case No. 8:18-cv-00297
                                    )
v.                                  )
                                    )  **ORDER**
ORAL MAXILLO-FACIAL SURGEONS,       )
INC., a Nebraska corporation,       )
                                    )
    Defendant.              )

THIS MATTER comes before the Court on the parties' Joint Stipulation for Extension. The Court, being fully advised in the premises, finds that the relief requested therein should be, and hereby is, granted.

IT IS THEREFORE ORDERED that:

1. The Rule 26 initial disclosure deadline is extended from September 19, 2018 to September 26, 2018.

                                                                               BY THE COURT

                                                                               s/ *Cheryl R. Zwart*
                                                                               United States Magistrate Judge

4828-9686-0787, v. 1